UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO VLADIMIR MARTINEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ANTONE MONIZ, )<br>)<br>Respondent. )<br>) | C.A. No. 20-10869-GAO |

**RESPONDENT'S STATUS REPORT**

    Respondent, by and through his attorney Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby files this Status Report based on information received regarding Petitioner.  Counsel for Respondent has been informed that Petition can still be scheduled to depart the United States tomorrow May 29, 2020, on a chartered flight to El Salvador.  Respondent today filed a notice of intent to remove based on Petitioner being subject to a final order of removal.  Respondent would like to continue with the scheduled departure of Petitioner for Friday, May 29th, as otherwise he will have to remain in Louisiana, or returned to Massachusetts, until the next charter flight is available (which could be weeks away).

    WHEREFORE, unless the Court Orders otherwise, Respondent intends to facilitate Petitioner's ability to be placed on the chartered flight scheduled for Friday, May 29, 2020.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar (BBO #560350)
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
rayford.farquhar@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant U.S. Attorney

Dated:  May 28, 2020